```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                                  Criminal No. 08-cr-120-01-JD

Kenason Keo Siphanthone


                         O R D E R

   The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted.

   Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

   SO ORDERED.


                                                ***/s/Joseph A. DiClerico, Jr.***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  October 23, 2008


cc: Jessica C. Brown, AFD
    Donald A. Feith, AUSA
    U.S. Marshal
    U.S. Probation