UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 08-cr-120-01-JD

<u>Kenason Keo Siphanthone</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            ***Joseph A. DiClerico, Jr.***
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: December 26, 2008

cc: Donald A. Feith, AUSA
    Jessica C. Brown, AFD
    U.S. Marshal
    U.S. Probation